IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDDIE EUGENE WOOD,       )
                           )
     Plaintiff,            )
                           )       CIVIL ACTION NO.
     v.                    )         2:17cv494-MHT
                           )              (WO)
JACKSON HOSPITAL, et al.,  )
                           )
     Defendants.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 76, 81 & 82) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 74) is adopted.

(3) Defendants' motions to dismiss (doc. no. 47, 48 & 49) are granted only as to plaintiff's claims under federal law, and are denied as to plaintiff's state-law claims.

(4) Plaintiff's federal claims are dismissed with prejudice.

(5) The court declines to exercise supplemental jurisdiction over plaintiff's state-law claims, and the state-law claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of September, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**